1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CARLOS SINGH (PASBN 50581)
   Assistant United States Attorneys
5
   Attorney for Plaintiff
6  United States of America

7    150 Almaden Blvd., Suite 900
     San Jose, California  95113
8    Telephone: (408) 535-5065
     Fax: (408) 535-5066
9    E-Mail: carlos.singh@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Complaint No. 07-70354 -PVT |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING PRELIMINARY |
| | ) | HEARING |
| HEIDI SLORP, | ) | |
| DAVID HINCKEL and | ) | |
| JEFFREY SMITH, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The parties hereby stipulate to a continuance of the August 31, 2007 preliminary hearing date to September 27, 2007, for the following reasons: The government has provided discovery in this investigation, which is being reviewed by the defense. The parties are in the process of attempting to resolve this matter by pre-indictment plea, and thus, believe that it is in their best interest to continue the preliminary hearing/arraignment date to September 27, 2007 at 9:30a.m.

Counsel for each defendant represents that they have consulted with their respect clients and each client agrees to the stipulated continuance. Further, counsel represents that their respective clients agree to exclude the interim time for the preliminary hearing and agree to

STIPULATION AND ORDER
CONTINUING PRELIMINARY HEARING           1

1  exclude time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)
2  (effective preparation and interest of justice).
3
4  _____/s/_____8/29/07        _____/s/_____8/29/07__
   Michelle Spencer, Esq.   Date           Carlos Singh           Date
5  Counsel for Heidi Slorp                 Assistant United States Attorney
6
7
   _____/s/_____8/29/07
8  Jay Rorty, Esq.          Date
   Counsel for David Hinkel
9
10
11 _____/s/_____8/29/07
   Scott Furstman, Esq.    Date
12 Counsel for
13
14
   **SO ORDERED**.
15
16
   _____
17
   United States Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER
CONTINUING PRELIMINARY HEARING          2