CHAMBERS COPY
E-Filing
RECEIVED
2007 AUG 30 AM 11:03
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.
FILED
SEP 0 4 2007
CLERK
NORTHERN DISTRICT OF CALIFORNIA

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CARLOS SINGH (PASBN 50581)
Assistant United States Attorneys

Attorney for Plaintiff
United States of America

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5065
Fax: (408) 535-5066
E-Mail: carlos.singh@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HEIDI SLORP,<br>DAVID HINCKEL and<br>JEFFREY SMITH,<br><br>Defendants. | Complaint No. 07-70354 -PVT<br><br>STIPULATION AND ORDER<br>CONTINUING PRELIMINARY<br>HEARING |

The parties hereby stipulate to a continuance of the August 31, 2007 preliminary hearing date to September 27, 2007, for the following reasons: The government has provided discovery in this investigation, which is being reviewed by the defense. The parties are in the process of attempting to resolve this matter by pre-indictment plea, and thus, believe that it is in their best interest to continue the preliminary hearing/arraignment date to September 27, 2007 at 9:30a.m.

Counsel for each defendant represents that they have consulted with their respect clients and each client agrees to the stipulated continuance. Further, counsel represents that their respective clients agree to exclude the interim time for the preliminary hearing and agree to

STIPULATION AND ORDER
CONTINUING PRELIMINARY HEARING            1

1  exclude time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)
2  (effective preparation and interest of justice).
3
4  \_\_\_\_/s/_____ 8/29/07           \_\_\_\_/s/_____ 8/29/07
   Michelle Spencer, Esq.  Date              Carlos Singh           Date
5  Counsel for Heidi Slorp                   Assistant United States Attorney
6
7
8  \_\_\_\_/s/_____ 8/29/07
   Jay Rorty, Esq.  Date
   Counsel for David Hinkel
9
10
11 \_\_\_\_/s/_____ 8/29/07
   Scott Furstman, Esq.  Date
12 Counsel for
13
14
   **SO ORDERED.**
15
16 *[signature: Patricia V. Trumbull]*
17
   United States Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER
CONTINUING PRELIMINARY HEARING            2