**ORIGINAL**

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
E-FILING

2007 OCT 25 A 9: 17

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID HINKEL and<br>JEFFREY RYAN SMITH,<br><br>Defendants. | CR No. 07 00675 JF HRL<br><br>VIOLATION: 18 U.S.C. § 1708 – Theft of United States Mail; 18 U.S.C. § 2 – Aiding and Abetting<br><br>SAN JOSE VENUE |

## INFORMATION

The United States Attorney charges:

Beginning in or about and between April 2004 and March 2005, in the Northern District of California, the defendants,

DAVID HINKEL and
JEFFREY RYAN SMITH,

did: (1) steal letters, postal cards, and other mail from and out of a letter box, mail receptacle, and other authorized depository for mail matter; (2) steal letters, postal cards, and other mail that had been left for collection upon and adjacent to a collection box and other authorized depository for mail matter; and (3) buy, receive, conceal, and unlawfully

INFORMATION

possess letters, postal cards, and other mail, including articles and things contained therein, that had been stolen, taken, embezzled, and abstracted, knowing the same to have been stolen, taken, and abstracted without the consent of the addressee.

All in violation of Title 18, United States Code, Sections 1708 and 2.

DATED: 10/24/2007

SCOTT N. SCHOOLS
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: _____ )
AUSA Singh

INFORMATION                                    2

**E-FILING**

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
2007 OCT 25  A 9:16
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

---- OFFENSE CHARGED ----

Title 18, U.S.C. § 1708 - Theft of United States Mail

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
5 year imprisonment, $250,000 fine
3 years supervised release, $100 special assessment fee

**DEFENDANT - U.S.**
▶ DAVID HINKEL

DISTRICT COURT NUMBER
CR 07 00675 HRL   JF

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
U.S. POSTAL SERVICE / SA BYRON DARE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70354 PVT

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  CARLOS SINGH

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed
Month/Day/Year

DATE OF ARREST ▶
Or... if Arresting Agency & Warrant were not
Month/Day/Year
DATE TRANSFERRED TO U.S. CUSTODY ▶

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
2007 OCT 25 A 9:17
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
N. DIST. OF CA. S.J.

--- OFFENSE CHARGED ---

Title 18, U.S.C. § 1708 - Theft of United States Mail

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
5 year imprisonment, $250,000 fine
3 years supervised release, $100 special assessment fee

--- DEFENDANT ---

▶ JEFFREY RYAN SMITH

DISTRICT COURT NUMBER
CR 07 00675 JF HRL

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)

U.S. POSTAL SERVICE / SA BYRON DARE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70354 PVT

Name and Office of Person Furnishing Information on THIS FORM    SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    CARLOS SINGH

--- DEFENDANT ---

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: