AO 455 (Rev. 5/85)   Waiver of Indictment   ⊕

# United States District Court

———————————— DISTRICT OF ————————————

UNITED STATES OF AMERICA

V.

David Hinkel
and Jeffrey Smith

**WAIVER OF INDICTMENT**

CASE NUMBER: 07 00675 JF HRL

I, _____David Hinkel_____, the above named defendant, who is accused of

18 USC 1708

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on ___October 25_____, 2007___ prosecution by indictment and consent that the

                        *Date*

proceeding may be by information rather than by indictment.

FILED

OCT 25 2007

CLK
NORTHER...
SAN JOSE  CALIFORNIA

_____David A Hinkel_____
*Defendant*

_____
*Counsel for Defendant*

Before_____
           *Judicial Officer*