BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant HINKEL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00675 JF |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SUBSTITUTION OF** |
| | ) | **COUNSEL** |
| vs. | ) | |
| | ) | |
| DAVID HINKEL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Federal Public Defender, Barry Portman, has been appointed as counsel for David

Hinkel.  Pursuant to General Order 45 of the Local Rules, Assistant Federal Public Defender

Nicholas P. Humy enters his Notice of Substitution of Attorney for Mr. Hinkel.  Mr. Humy will

be replacing Assistant Federal Public Defender Jay A. Rorty as counsel of record.  Counsel's

contact information is listed above.


Dated: 12/4/07

                                        Respectfully submitted,

                                        BARRY J. PORTMAN
                                        Federal Public Defender

                                                /s/

                                        NICHOLAS P. HUMY
                                        Assistant Federal Public Defender