BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant HINKEL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID HINKEL, et al,<br><br>Defendant. | No. CR 07-00675 JF<br><br>**STIPULATION TO CONTINUE STATUS HEARING; [PROPOSED] ORDER** |

**STIPULATION**

Defendants, David Hinkel and Jeffrey Smith, and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing in the above-captioned matter, presently scheduled for Wednesday, December 12, 2007, at 9:00 a.m., may be continued to Wednesday, December 19, 2007, at 9:00 a.m. The continuance is being requested due to unavailability of David Hinkel's defense counsel.

The parties further agree and stipulate that time should be excluded from and including December 12, 2007 through and including December 19, 2007, to provide counsel reasonable time to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). Accordingly, the United States and the defendant agree that granting the requested exclusion of

time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: December 7, 2007

_________/s/___________
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated: December 7, 2007

_________/s/____________
SCOTT FURSTMAN
Defense counsel for Jeffrey Smith

Dated: December 7, 2007

_________/s/_____________
CARLOS SINGH
Assistant United States Attorney

**ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from December 12, 2007 to December 19, 2007 at 9:00 a.m. as well as the period of delay from December 12, 2007, to and including December 19, 2007, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: December ___, 2007

___________________________________
JEREMY FOGEL
United States District Judge