UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES of AMERICA,                )        Case No.: CR-07-00675 JF (PVT)
                                         )
        Plaintiff,                       )
                                         )        **ORDER RE: MODIFICATION OF**
                                         )        **THE DEFENDANT'S PRETRIAL**
DAVID GEORGE HINKLE                      )        **RELEASE CONDITIONS**
                                         )
        Defendant.                       )
_____  )
                                         )

    On December 3, 2007 the Court modified the defendant's pretrial conditions as follows: 1) The defendant shall reside with this mother and she will continue as the surety on this bond. 2) His mother has agreed and is thus HEREBY appointed as the defendant's custodian. As custodian she agrees to supervise him and report any violation of a pretrial release condition to Pretrial Services.  If she fails to report a violation she can be held in contempt of Court.

    His mother, Blythe Hinkel, has been advised of the terms of this new obligation by the Court. She has also been directed to confer with Pretrial Services and the Court for modifications concerning travel with her husband but those arrangements must be made before the travel.

    On December 4, 2007, the defendant reported back to the Court with his counsel, Mr. Humy and his third party custodian, his mother, to advise the court of "new" issues which, although known to the defendant earlier, were not brought to the attention of his attorney or Pretrial Services and thus were not discussed with the Court at the December 3 hearing.  The defendant has advised the Court of another drug related State case stemming from an arrest November 11, 2007.

1     Based on this additional information the Court HEREBY MODIFIES the conditions

2   imposed December 3, 2007 to include group counseling once a week and individual counseling

3   twice a week at Pathways in addition to the above delineated conditions.

4

5

6

7   Date: 12/7/07

PATRICIA V. TRUMBULL
United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   copies mailed on _12/9/07_ to:

2

3

4

5

6   _____
    CORINNE LEW
7   Courtroom Deputy

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28