**E-filed 12/12/07**

1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant HINKEL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00675 JF |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| v. ) | **STATUS HEARING; [PROPOSED]** |
| ) | **ORDER** |
| DAVID HINKEL, et al, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## STIPULATION

Defendants, David Hinkel and Jeffrey Smith, and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing in the above-captioned matter, presently scheduled for Wednesday, December 12, 2007, at 9:00 a.m., may be continued to Wednesday, December 19, 2007, at 9:00 a.m.  The continuance is being requested due to unavailability of David Hinkel's defense counsel.

The parties further agree and stipulate that time should be excluded from and including December 12, 2007 through and including December 19, 2007, to provide counsel reasonable time to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). Accordingly, the United States and the defendant agree that granting the requested exclusion of

1  time will serve the interest of justice and outweigh the interest of the public and defendant in a
2  speedy trial.
3  Dated: December 7, 2007

                                                      /s/
4  NICHOLAS P. HUMY
   Assistant Federal Public Defender

5
   Dated: December 7, 2007
6                                                       /s/
   SCOTT FURSTMAN
7    Defense counsel for Jeffrey Smith

8  Dated: December 7, 2007

                                                      /s/
9  CARLOS SINGH
   Assistant United States Attorney

10

11

12  **ORDER**

13      Good cause appearing and by stipulation of the parties, it is hereby ordered that the
14  sentencing hearing in the above-captioned matter shall be continued from December 12, 2007 to
15  December 19, 2007 at 9:00 a.m. as well as the period of delay from December 12, 2007, to and
16  including December 19, 2007, be excluded for purposes of Speedy Trial Act computations
17  pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

18

19
   Dated: December 12, 2007
20
                                           JEREMY FOGEL
21    United States District Judge

22

23

24

25

26