PROPOSED ORDER/COVER SHEET

FILED
DEC 27 2007

| | | | |
|---|---|---|---|
| TO: | Honorable Patricia V. Trumbull<br>U.S. Magistrate Judge | RE: | DAVID HINKEL |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR07-00675 JF |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| Jaime A. Carranza | 408-535-5226 |
|---|---|
| U.S. Pretrial Services Officer | TELEPHONE NUMBER |

RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☑ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 5 _9:30_ on _12/28/07_ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
_____

_Patricia V. Trumbull_     _12/27/07_
JUDICIAL OFFICER            DATE

Cover Sheet (12/03/02)