~~PROPOSED~~ ORDER/COVER SHEET

**FILED**



JAN 1 4 2008

CLERK
NORTHERN ... COURT
... CALIFORNIA

| | | | |
|---|---|---|---|
| **TO:** | Honorable Patricia V. Trumbull<br>U.S. Magistrate Judge | **RE:** | David Hinkel |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR07-00675-JF |

**DATE:** January 11, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson                                510-637-3752
U.S. Pretrial Services Officer                 TELEPHONE NUMBER

**RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 5 on _____ at 1/15/08  10:00 a.m.

☒ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge **Trumbull**  Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
A.
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____
JUDICIAL OFFICER (signed Patricia V. Trumbull)         DATE 1/14/08

Cover Sheet (12/03/02)