1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  EUMI L. CHOI (WVBN 722)
   Assistant United States Attorney
5
      150 Almaden Boulevard
6     San Jose, California 95113
      Telephone: (408) 535-5079
7     Facsimile:  (408) 535-5066
      Email: Eumi.Choi@usdoj.gov
8
   Attorneys for the United States of America
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,          )    No. CR 07-00675 JF
                                       )
14        Plaintiff,                   )    STIPULATION AND [PROPOSED]
                                       )    ORDER EXCLUDING TIME FROM
15     v.                              )    JANUARY 30, 2008 TO MARCH 5, 2008,
                                       )    and FEBRUARY 1, 2008 TO MARCH 5,
16  DAVID HINKEL, and                  )    2008 FROM THE SPEEDY TRIAL ACT
    JEFFREY RYAN SMITH,                 )    CALCULATION (18 U.S.C. §
17                                     )    3161(h)(8)(A),(B))
          Defendants.                  )
18  _____   )

19

20        On January 30, 2008, defendant Smith appeared for a hearing before the Honorable

21  Patricia V. Trumbull on a writ of habeas corpus issued on January 29, 2008.  At that time, the

22  Court set the matter for a status hearing on March 5, 2008.  The parties stipulated to an exclusion

23  of time under the Speedy Trial Act to allow counsel for defendant reasonable time for effective

24  preparation.

25        On February 1, 2008, defendant Hinkel appeared for a detention hearing before the

26  Honorable Patricia V. Trumbull.   At that time, based upon the request of the parties, the Court

27  set the matter for a status hearing, also on March 5, 2008.  The parties stipulated to an exclusion

28  of time under the Speedy Trial Act to allow counsel for defendant reasonable time for effective

                                    1

1   preparation.

2       The United States hereby submits this written request for an order finding that said time

3   is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served

4   by taking such action and outweigh the best interests of the public and defendants in a speedy

5   trial. 18 U.S.C. § 3161(h)(8)(A). Further, the failure to grant such a continuance would

6   unreasonably deny counsel for defendants the reasonable time necessary for effective

7   preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

8

9   DATED: February 27, 2008                    JOSEPH P. RUSSONIELLO
                                                 United States Attorney
10

11   _____/s/_____
                                                 EUMI L. CHOI
12                                               Assistant United States Attorney

13

                                          _____/s/_____
14                                               NICHOLAS HUMY
                                                 Counsel for Defendant Hinkel
15

16                                        _____/s/_____
                                                 SCOTT FURSTMAN
17                                               Counsel for Defendant Smith

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2      Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3   ORDERS that the time between January 30, 2008 and March 5, 2008 as to defendant Smith is

4   excluded under the Speedy Trial Act, 18 U.S.C. § 3161, and, similarly, the time between

5   February 1, 2008 and March 5, 2008 as to defendant Hinkel is excluded under the Speedy Trial

6   Act, 18 U.S.C. § 3161.  The Court finds that the ends of justice are served by taking such action

7   and outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. §

8   3161(h)(8)(A).   Further, the failure to grant such a continuance would unreasonably deny

9   counsel for defendants the reasonable time necessary for effective preparation, taking into

10   account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The Court therefore

11   concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)

12   (iv).

13

14   IT IS SO ORDERED.

15

16   DATED:
                                                    _____
17                                                  PATRICIA V. TRUMBULL
                                                    UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28