JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone:  (408) 535-5079
FAX: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 07-00675 JF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUBSTITUTION OF ATTORNEY |
| | ) | |
| DAVID HINCKEL, and | ) | |
| JEFFREY RYAN SMITH, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Please take notice that as of February 27, 2008, the Assistant United States Attorney whose name, address, telephone number and e-mail address are listed below was assigned to be counsel for the government.

Assistant U.S. Attorney Eumi Choi
150 Almaden Blvd, Suite 900
San Jose, California 95113
Telephone: (408)535-5079
e-mail: Eumi.Choi@usdoj.gov

DATED: February 27, 2008                    Respectfully Submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
EUMI CHOI
Assistant United States Attorney