```
BARRY J. PORTMAN
Federal Public Defender
NICHOLAS PETER HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant DAVID HINKEL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>DAVID HINKEL,  )<br>  )<br>          Defendant.  )<br>_____ ) | No. CR 07-00675-JF<br><br>MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS; DECLARATION OF COUNSEL |

     Mr. Hinkel is charged with theft of United States mail in violation of 18 U.S.C. §1708. Among the conditions of his release is the restriction, "no contact with Heidi Slorpe."

     Mr. Hinkel asks that the conditions of his pretrial release be permanently modified to allow him to have contact with Ms. Heidi Slorpe, the mother of his child.  The reason for the imposition of this condition was that the defense agreed and the Court found that, in the past, Mr. Hinkle's contacts with Ms. Slorpe might have contributed to his relapsing into drug use.  Mr. Hinkle is currently in a residential treatment program at Newbridge.  Newbridge conducts regular therapy sessions for patients and their families, which is part of their relapse prevention program. The program deals primarily with issues of co-dependency.  Mr. Hinkle would like to be able to participate in these sessions with Ms. Slorpe, and would like her to be able to visit him during

MOTION TO MODIFY PRETRIAL RELEASE     1

1  family weekend visitation.  For these reasons he asks that the condition that he have no contact
2  with Ms. Slorpe be lifted.
3      Undersigned counsel has discussed this request with Officer Victoria Gibson of Pretrial
4  Services, who is supervising Mr. Hinkel.  Officer Gibson states that she has no objections to the
5  proposed modification.
6      Undersigned counsel has spoken with Assistant United States Attorney Eumi Choi, who
7  has no objections to the proposed modification of Mr. Hinkel's pretrial release.
8      I, Nicholas Peter Humy, am an Assistant Federal Public Defender assigned to handle this
9  matter for my office.  By signing and filing this motion, I hereby declare under penalty of perjury
10 that the facts asserted in support of the request are true and correct.

11 Dated: April 04, 2008        Respectfully submitted,

12         BARRY J. PORTMAN
        Federal Public Defender
13
        /s/
14
        NICHOLAS PETER HUMY
15         Assistant Federal Public Defender

MOTION TO MODIFY PRETRIAL RELEASE    2