BARRY J. PORTMAN
Federal Public Defender
NICHOLAS PETER HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant DAVID HINKEL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00675-JF |
| | ) | |
| Plaintiff, | ) | **[PROPOSED]** ORDER MODIFYING |
| | ) | PRETRIAL RELEASE CONDITIONS |
| vs. | ) | |
| | ) | |
| DAVID HINKEL, | ) | **Honorable Patricia V. Trumbull** |
| | ) | United States Magistrate Judge |
| Defendant. | ) | |
| _____ | ) | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the conditions of release are modified to permit

defendant DAVID HINKEL to have contact with Heidi Slorpe.

IT IS FURTHER ORDERED that all other conditions of release shall remain in full force

and effect.

Dated: April __, 2008

_____
HONORABLE PATRICIA V. TRUMBULL
United States Magistrate Judge