Case 5:07-cr-00675-JF    Document 66    Filed 04/07/2008    Page 1 of 1
Case 5:07-cr-00675-JF    Document 65    Filed 04/04/2008    Page 1 of 1

E-FILED

1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS PETER HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant DAVID HINKEL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-00675-JF |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER MODIFYING |
| vs. | ) PRETRIAL RELEASE CONDITIONS |
| DAVID HINKEL, | ) **Honorable Patricia V. Trumbull** |
| Defendant. | ) United States Magistrate Judge |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the conditions of release are modified to permit defendant DAVID HINKEL to have contact with Heidi Slorpe.

IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect.

Dated: April 7, 2008

_____
HONORABLE PATRICIA V. TRUMBULL
United States Magistrate Judge

[Proposed] Order Modifying Conditions of Release            1