| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |

**FILED**

2008 APR 29  A 11: 43

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID HINKEL,<br><br>    Defendant. | No. 07-00675 -JF<br><br>VIOLATION: 18 U.S.C. §§ 1029(a)(1) & (c)(1)(A)(i) - Fraud in Connection with Access Devices<br><br>SAN JOSE VENUE |

### SUPERSEDING INFORMATION

The United States Attorney charges:

Beginning in or about April 2004 through in or about May 2005, in the Northern District of California, the defendant,

DAVID HINKEL,

did: (1) knowingly use one or more counterfeit access devices; (2) with the intent to defraud; and (3) such conduct affected interstate commerce.

//

//

//

INFORMATION

1  All in violation of Title 18, United States Code, Sections 1029(a)(1) and (c)(1)(A)(I).

4  DATED: 4/25/2008

                          JOSEPH P. RUSSONIELLO
                          United States Attorney

                          DAVID R. CALLAWAY
                          Deputy Chief, San Jose Office

10 (Approved as to form: _____
                    AUSA EUMI L. CHOI

INFORMATION

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☑ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 APR 29 A II: 43
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

### OFFENSE CHARGED
Title 18, U.S.C. §§ 1029(a)(1) & (c)(1)(A)(i) - Fraud in Connection with Access Devices

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
10 years imprisonment, $250,000 fine,
3 years supervised release, $100 special assessment fee

### DEFENDANT - U.S.
▶ DAVID HINKEL
DISTRICT COURT NUMBER

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
U.S. Postal

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned) EUMI CHOI

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
   Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS
**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: