UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition Hearing, April 30, 2008
**Case Number:** CR-07-00675-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:** UNITED STATES OF AMERICA V. DAVID HINKEL, ET AL

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | 1) David Hinkel |
| Attorneys Present: Eumi Choi | Attorneys Present: Nick Humy |

PROCEEDINGS:
   Disposition hearing held. Counsel and defendant are present. Defendant waives arraignment on the Superseding Information. Defendant pleads guilty to count 1 of the Superseding Information. Continued to 7/23/08 at 9:00 a.m. for setting sentencing.