# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Setting Judgment and Sentencing Hearing, July 23, 2008
**Case Number:** CR-07-00675-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**      **UNITED STATES OF AMERICA V. DAVID HINKEL, ET AL**

|  PLAINTIFF | DEFENDANT |
|---|---|
| United States | 1) David Hinkel |

**Attorneys Present: Eumi Choi**           **Attorneys Present: Nick Humy**

---

PROCEEDINGS:

Setting sentencing hearing held. Counsel and defendant are present.
Continued to 11/19/08 at 9:00 a.m. for setting sentencing.