BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant HINKEL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DAVID HINKEL,<br><br>            Defendant. | No. CR-07-00675 JF (PVT)<br><br>DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

I, Nicholas P. Humy, hereby declare:

1. I am an Assistant Federal Public Defender for the Northern District of California, San Jose Division. My office represents defendant David Hinkel in the above-captioned case.

2. Mr. Hinkel has pled guilty to fraud in connection with access devices, in violation of 18 U.S.C. §§ 1029(a)(1) and (c)(1)(A)(i).

3. Mr. Hinkel is out of custody and is currently a resident at the New Bridge residential treatment program in Oakland. As of August 4, 2008, Mr. Hinkel will have completed six months at New Bridge. His period of residential treatment concludes then. At that time, Mr. Hinkel would like to go to live with his parents and his child at his parents' house, which is

Declaration in Support of Unopposed
Motion to Modify Conditions
No. CR-07-00675 JF (PVT)            1

1  located at 193 Wyandotte Drive in San Jose, California. I am informed and believe that his
2  parents consent to having Mr. Hinkel live with them.
3      4.   My office has spoken with Abby Medcalf, Director of Program Operations at the
4  New Bridge Foundation. Dr. Medcalf advised that upon completion of the residential program,
5  Mr. Hinkel will be required to participate in the New Bridge Foundation After Care Program.
6  Participants in After Care attend group therapy once per week and submit to random drug testing.
7  Attendance is required and each participant must stay in the program for one year.
8      5.   I have spoken with Pretrial Services Officer Victoria Gibson. Officer Gibson does
9  not object to the requested modification, provided that the other terms and conditions of release
10  remain in force.
11     6.   I have spoken with Assistant United States Attorney Eumi Choi. AUSA Choi does
12  not object to the requested modification, provided that the terms and conditions of release specify
13  that Mr. Hinkel submit to drug testing and participate in the New Bridge Foundation After Care
14  Program, that Mr. Hinkel seek gainful employment, and that he fully comply with all conditions
15  of release.
16     7.   For the reasons set forth above, it is respectfully requested that Mr. Hinkel's
17  conditions of release be modified to allow him to reside with his parents and child at 193
18  Wyandotte Drive in San Jose, California, upon successful completion of the New Bridge
19  residential treatment program, and to require him to submit to random drug testing and to
20  participate in the New Bridge Foundaiton After Care Program.
21     I declare under penalty of perjury that the foregoing is true and correct, except for those
22  matters stated on information and belief, and as to those matters, I am informed and believe them
23  to be true.
24     Executed this 28th day of July, 2008, in the Northern District of California.

25                                 _____/s/_____
                                    NICHOLAS P. HUMY
26                                  Assistant Federal Public Defender

Declaration in Support of Unopposed
Motion to Modify Conditions
No. CR-07-00675 JF (PVT)                    2