1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant HINKEL

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11
    UNITED STATES OF AMERICA,           )   No. CR-07-00675 JF (PVT)
12                                      )
                  Plaintiff,            )   [PROPOSED] ORDER MODIFYING
13                                      )   CONDITIONS OF PRETRIAL RELEASE
    vs.                                 )
14                                      )
    DAVID HINKEL,                       )
15                                      )
                  Defendant.            )
16  _____)

17

18       GOOD CAUSE APPEARING, upon unopposed motion of defendant David Hinkel, by

19  and through counsel, IT IS HEREBY ORDERED that upon his successful completion of the

20  New Bridge Foundation residential treatment program on August 4, 2008, the defendant shall be

21  released from the residential treatment program and shall reside with his parents at 193

22  Wyandotte Drive in San Jose, California.

23       IT IS FURTHER ORDERED that Mr. Hinkel shall enroll in the New Bridge Foundation

24  After Care Program, shall submit to random drug tests performed in connection with that

25  program, as well as any additional drug counseling and drug testing as may be directed by

26  Pretrial Services, and shall seek gainful employment.

[Proposed] Order
No. CR-07-00675 JF (PVT)                    1

IT IS FURTHER ORDERED that all others terms and conditions of pretrial release shall remain in full force and effect.

IT IS SO ORDERED.

Date:

_____
THE HONORABLE PATRICIA V. TRUMBULL
United States Magistrate Judge

[Proposed] Order
No. CR-07-00675 JF (PVT)                              2