```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  NICHOLAS P. HUMY
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753

 5  Counsel for Defendant HINKEL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-00675 JF (PVT) |
| Plaintiff, | [XXXXXXXXXX] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| DAVID HINKEL, | |
| Defendant. | |

GOOD CAUSE APPEARING, upon unopposed motion of defendant David Hinkel, by and through counsel, IT IS HEREBY ORDERED that upon his successful completion of the New Bridge Foundation residential treatment program on August 4, 2008, the defendant shall be released from the residential treatment program and shall reside with his parents at 193 Wyandotte Drive in San Jose, California.

IT IS FURTHER ORDERED that Mr. Hinkel shall enroll in the New Bridge Foundation After Care Program, shall submit to random drug tests performed in connection with that program, as well as any additional drug counseling and drug testing as may be directed by Pretrial Services, and shall seek gainful employment.

[Proposed] Order
No. CR-07-00675 JF (PVT)                                    1

1   IT IS FURTHER ORDERED that all others terms and conditions of pretrial release shall
2   remain in full force and effect.
3   IT IS SO ORDERED.

4

5   Date:        July 30, 2008

6
    _____
7   THE HONORABLE PATRICIA V. TRUMBULL
    United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[Proposed] Order
No. CR-07-00675 JF (PVT)                    2