JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

LAURA M. DURITY (GASB661108)
Special Assistant United States Attorney

150 South Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-0931
Facsimile: (408) 535-5081
laura.durity@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00675-JF |
| Plaintiff, ) ) | STIPULATION AND [PROPOSED] ORDER RE: FINAL ORDER OF |
| v. ) | RESTITUTION |
| DAVID HINKEL, ) ) | |
| Defendant. ) | |

The parties, by and through their counsel of record, hereby stipulate to the entry of a final order of restitution in the amount of $7,699.19 as to David Hinkel in this case. The restitution shall be allocated as specified in the attached worksheet. As stated at sentencing, this restitution order is imposed upon the defendant David Hinkel.

6/2/09
DATE

6/3/09
DATE

JOSEPH P. RUSSONIELLO
United States Attorney

LAURA DURITY
Special Assistant United States Attorney

NICHOLAS P. HUMY
Attorney for David Hinkel

1

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR 07-00675-JF |
|---|---|---|
| Plaintiff, | ) ) ) | FINAL ORDER RE: RESTITUTION |
| v. | ) ) | |
| DAVID HINKEL | ) ) | |
| Defendant. | ) ) | |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the final order of restitution in this case shall be $7,699.19 as to David Hinkel in this case. The restitution shall be allocated as specified in the attached worksheet. As stated at sentencing, this restitution order is imposed upon the defendant David Hinkel.

DATE: 6-3-09

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

2

# JUDGMENT PREPARATION WORKSHEET

| Case Number: | Defendant Name: | | Total Restitution Ordered: | Prepared by: | Date Prepared: |
|---|---|---|---|---|---|
| CR 07-00675-01 JF | David Hinkel | | $7,669.19 | | 1-Jun-09 |
| | | | | | Lori Timmons |

| Victim's Last Name | Victim's First Name | Victim's Restitution Amount Ordered | Other defendants this defendant is joint and several with | Victim's names joint and several with | Victim's amounts joint and several with | Victim's Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| Whitehead | James | | | | | | | | |
| Red Rocket Hobby Shop | | 1,936.25 | | | | | | | |
| A Main Hobbies | | 759.93 | | | | | | | |
| E Hobbies | | 989.58 | | | | | | | |
| Al's Hobbies | | 1,838.32 | | | | | | | |
| Walmart | | 860.10 | | | | | | | |
| | | 1,285.01 | | | | | | | |