1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4
   LAURA M. DURITY (GASBN 661108)
5  Special Assistant United States Attorney

6      150 South Almaden Boulevard, Suite 900
       San Jose, California 95113
7      Telephone: (408) 535-0931
       Facsimile: (408) 535-5081
8      laura.durity@usdoj.gov

9                IN THE UNITED STATES DISTRICT COURT
10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,        )   No. CR 07-00675-JF
12                                  )
              Plaintiff,            )
13                                  )   AMENDED STIPULATION AND
                                    )   [PROPOSED] ORDER RE: FINAL
14        v.                        )   ORDER OF RESTITUTION
                                    )
15 DAVID HINKEL,                    )
                                    )
16            Defendant.            )
                                    )

17     The parties, by and through their counsel of record, hereby stipulate to the entry of a final
18 order of restitution in the amount of $7,669.19 as to David Hinkel in this case. The restitution
19 shall be allocated as specified in the attached worksheet. As stated at sentencing, this restitution
20 order is imposed upon the defendant David Hinkel.

21
22                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
23
                                               /s/
24 DATE: June 5, 2009                       LAURA DURITY
                                            Special Assistant United States Attorney
25
                                               /s/
26                                          NICHOLAS P. HUMY
                                            Attorney for David Hinkel
27
28                                          1

Case 5:07-cr-00675-JF   Document 94   Filed 06/05/09   Page 2 of 3

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID HINKEL<br><br>    Defendant. | NO. CR 07-00675-JF<br><br>AMENDED FINAL ORDER RE: RESTITUTION |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the final order of restitution in this case shall be $7,669.19 as to David Hinkel in this case. The restitution shall be allocated as specified in the attached worksheet. As stated at sentencing, this restitution order is imposed upon the defendant David Hinkel.

DATE: 6-5-09

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

2

# JUDGMENT PREPARATION WORKSHEET

Date Prepared: 1-Jun-09

Prepared by: Lori Timmons

| Case Number: | Defendant Name: | Total Restitution Ordered: | | | |
|---|---|---|---|---|---|
| CR 07-00675-01 JF | David Hinkel | $7,669.19 | | | |

| Victim's Last Name | Victim's First Name | Victim's Restitution Amount Ordered | Other defendants this defendant is joint and several with | Victim's names joint and several with | Victim's amounts joint and several with | Victim's Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| Whitehead | James | 1,936.25 | | | | | | | |
| Red Rocket Hobby Shop | | 759.93 | | | | | | | |
| A Main Hobbies | | 969.58 | | | | | | | |
| E Hobbies | | 1,833.32 | | | | | | | |
| Al's Hobbies | | 860.10 | | | | | | | |
| Walmart | | 1,285.01 | | | | | | | |